UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LIVIA M. SCOTTO, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:18-CV-2332-B-BH |
| ) | |
| UNITED CONTIENTAL AIRLINES et al., ) | |
| ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, this action will be **DISMISSED** with prejudice by separate judgment under 28 U.S.C. § 1915(e)(2).

**SIGNED this 26th day of September , 2018.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE