IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LIVIA M. SCOTTO, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:18-CV-2332-B-BH |
| | ) |
| UNITED CONTIENTAL AIRLINES et al., | ) |
| Defendants | ) Referred to U.S. Magistrate Judge |

### RECOMMENDATION REGARDING REQUEST TO PROCEED
### IN FORMA PAUPERIS ON APPEAL

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is Plaintiffs' *Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis*, construed as a motion to proceed *in forma pauperis* on appeal, received November 29, 2018 (doc. 14).

(**X**)   The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith for the reasons that this action was dismissed as duplicative.  (*See* docs. 6, 7, 8.)

If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

**SIGNED this 4th day of December, 2018.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE